**Order entered March 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00750-CR
No. 05-20-00751-CR
No. 05-20-00752-CR
No. 05-20-00753-CR
No. 05-20-00754-CR

**JASON JACOB OSIFO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81128-2020, 296-81129-2020, 296-81394-2016,**
**296-82063-2017 & 296-82964-2015**

**ORDER**

The reporter's record, due September 19, 2020, was filed December 14, 2020. On December 30, 2020, appellant filed a motion to abate these appeals due to missing portions of the reporter's record. We granted the motion to the extent we ordered court reporter Janet Dugger to file the reporter's records from four hearings by January 30, 2021. Ms. Dugger requested twenty additional days in

which to file the supplemental record. We granted her request and ordered the supplemental reporter's records filed by February 26, 2021. To date, no supplemental records have been filed and we have had no further communication from Ms. Dugger.

We **ORDER** the supplemental reporter's record of plea hearings held on June 16, 2016, February 1, 2018, and July 5, 2018, and the hearing on appellant's motion suggesting incompetence on April 26, 2016 filed **by March 15, 2021**. If Ms. Dugger fails to do so, we will order she not sit until the supplemental records are filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; to court reporter Janet Dugger, 296th Judicial District Court; and to counsel for all parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE